**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| SSR Cx, LLC )<br>2995 Sidco Drive )<br>Nashville, Tennessee 37204 )<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　*Plaintiff*, )<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>Consolidated Green Services, LLC )<br>4920 Elm Street )<br>Suite 325 )<br>Bethesda, Maryland 20814 )<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　SERVE: RESIDENT AGENT )<br>　　　　　　Lawrence Winkler )<br>　　　　　　4920 Elm Street )<br>　　　　　　Suite 200 )<br>　　　　　　Bethesda, Maryland 20814 )<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　*Defendant*. )<br>　　　　　　　　　　　　　　　　　　　　　　　　) | Civil Action No.: _____ |

## **COMPLAINT**

COMES NOW, Plaintiff SSR Cx, LLC ("SSR Cx"), by counsel, and for its Complaint against Defendant Consolidated Green Services, LLC ("CGS") states as follows:

### **The Parties**

1.　　SSR Cx is a limited liability company organized and existing under Tennessee law, with its principal place of business in Nashville, Tennessee.

2.　　CGS is a limited liability company organized and existing under Delaware law, with its principal place of business in Bethesda, Maryland.

**Jurisdiction & Venue**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties to this dispute are citizens of different states.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(1).

**Continuous Commissioning Program**

5. SSR Cx is engaged in the business of assessing and implementing measures to reduce energy consumption in commercial buildings.

6. CGS is engaged in the business of providing energy management and sustainability solutions for commercial buildings.

7. CGS entered into a contact with SSR Cx to perform continuous commissioning services for CGS at three Verizon facilities located in Silver Spring, Maryland, White Plains, New York and Freehold, New Jersey.

8. SSR Cx performed continuous commissioning services on the three Verizon facilities for CGS.

9. The amount due SSR Cx from CGS for the continuous commissioning services SSR Cx performed for CGS on the Silver Spring, Maryland facility is $148,542.

10. The amount due SSR Cx from CGS for the continuous commissioning services SSR Cx performed for CGS on the White Plains, New York facility is $41,129.

11. The amount due SSR Cx from CGS for the continuous commissioning services SSR Cx performed for CGS on the Freehold, New Jersey facility is $44,892.

## COUNT ONE
### Breach of Contract

12. The total amount due and owing SSR Cx from CGS for the continuous commissioning services SSR Cx performed for CGS on the three Verizon facilities is $234,563.

13. Despite repeated requests, CGS has failed and refused to pay SSR Cx for its work on the three Verizon facilities.

14. As a direct and proximate result of CGS' breach of contract, SSR Cx has incurred damages in the amount of approximately $234,563.

WHEREFORE, Plaintiff SSR Cx, LLC respectfully requests this Court to enter judgment against Defendant Consolidated Green Services, LLC on Count One for Breach of Contract in the amount of approximately $234,563, or as proven at trial, plus interest and costs incurred in bringing this action, and for such other and further relief as this Court deems equitable and just.

## COUNT TWO
### Quantum Meruit

15. With CGS' approval and awareness, SSR Cx performed continuous commissioning services for CGS on three Verizon facilities.

16. CGS knew that SSR Cx expected to be compensated for the continuous commissioning services SSR Cx performed for CGS on the three Verizon facilities.

17. CGS accepted the benefits of the continuous commission services SSR Cx performed on behalf of CGS.

18. The reasonable value of the work SSR Cx performed on behalf of CGS is approximately $234,563.

WHEREFORE, Plaintiff SSR Cx, LLC respectfully requests this Court to enter judgment against Defendant Consolidated Green Services, LLC on Count Two for Quantum Meruit in the

amount of approximately $234,563, or as proven at trial, plus interest and costs incurred in bringing this action, and for such other and further relief as this Court deems equitable and just.

### COUNT THREE
### Unjust Enrichment

19.     SSR Cx performed continuous commissioning services for CGS on three Verizon facilities.

20.     CGS benefitted from the continuous commissioning services SSR Cx performed on behalf of CGS.

21.     CGS was aware that SSR Cx provided the continuous commissioning services to benefit CGS.

22.     CGS accepted and retained the benefits of the work SSR Cx performed on behalf of CGS.

23.     It would be inequitable for CGS to retain the benefits of the work SSR Cx performed on behalf of CGS without payment of its value to SSR Cx.

WHEREFORE, Plaintiff SSR Cx, LLC respectfully requests this Court to enter judgment against Defendant Consolidated Green Services, LLC on Count Three for Unjust Enrichment in the amount of approximately $234,563, or as proven at trial, plus interest and costs incurred in bringing this action, and for such other and further relief as this Court deems equitable and just.

## DEMAND FOR JURY TRIAL

SSR Cx hereby demands a trial by jury.

        Respectfully submitted,

        SSR Cx, LLC, by counsel,

        THE WATERS LAW FIRM, PLLC

        */s/ Erin A. Behbehani*

Paul V. Waters, USDC-MD Bar No. 04199
paulwaters@thewaterslawfirm.com
Erin A. Behbehani, USDC-MD Bar No. 17476
ebehbehani@thewaterslawfirm.com
8737 Colesville Road, Suite 308
Silver Spring, Maryland 20910
Tel: (301) 588-1595
Fax: (301) 588-2554