IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| SSR Cx, LLC )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>CONSOLIDATED GREEN SERVICES, LLC )<br>)<br>*Defendant.* )<br>) | Civil Action No. JFM-11-2697 |
| SSR Cx, LLC )<br>)<br>*Plaintiff/Garnishor,* )<br>)<br>v. )<br>)<br>VERIZON CORPORATE SERVICES GROUP INC. )<br>)<br>*Defendant/Garnishee.* )<br>) | |
| SSR Cx, LLC )<br>)<br>*Plaintiff/Garnishor,* )<br>)<br>v. )<br>)<br>LAWRENCE WINKLER )<br>)<br>*Defendant/Garnishee.* )<br>) | |

## ORDER

UPON CONSIDERATION of the Motion for Default Judgment against Defendant/Garnishee Lawrence Winkler, any opposition thereto, and the record herein, it is this _ /2/ day of _Dec___, 2013, hereby

ORDERED that the Motion for Default Judgment is GRANTED; and it is further

ORDERED that default judgment is entered against Defendant/Garnishee Lawrence Winkler in the amount of $234,563 with post-judgment interest at the Court's official rate until the judgment is paid.

_____
The Honorable J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 DEC 13  A 11: 49
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Copies to:

Paul V. Waters
Erin A. Behbehani
The Waters Law Firm, PLLC
8737 Colesville Road, Suite 308
Silver Spring, Maryland 20910
*Counsel for SSR Cx, LLC*

John E. McCann, Jr.
Jessica A. duHoffmann
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
*Counsel for Verizon Corporate Services Group Inc.*

Lawrence Winkler, Individually
11507 Skipwith Lane
Potomac, Maryland 20854

Lawrence Winkler, Resident Agent
Consolidated Green Services, LLC
3 Bethesda Metro Center, Suite 1450
Bethesda, Maryland 20814